UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES WILLIAMS,

     **Plaintiff,**

v.                              **Case No.  5:25-cv-63-MCR-MJF**

DANIEL PRICE,

     **Defendant.**

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 24, 2026, ECF No. 26. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference into this Order.

2.     Defendant's motion to dismiss, ECF No. 23, is **DENIED**.

3.     This case is **RETURNED** to the magistrate judge for further pretrial proceedings.

1

**DONE AND ORDERED** this 16th day of July 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**